**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| King Oil Field Services, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Poseidon Concepts, Inc., | ) | |
| | ) | Case No. 4:13-cv-001 |
| Defendant. | ) | |

Before the court is the motion for attorney Ethan G. Ostroff to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Ethan G. Ostroff has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 17) is **GRANTED**. Attorney Ethan G. Ostroff is admitted to practice before this court in the above-entitled action on behalf of defendant.

    **IT IS SO ORDERED.**

    Dated this 7th day of March, 2013.


                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge