IN **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| King Oil Field Services, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Poseidon Concepts, Inc., | ) | Case No. 4:13-cv-001 |
| | ) | |
| Defendant. | ) | |

On April 16, 2013, the defendant, Poseidon Concepts, Inc., filed a "Notice of Bankruptcy and Notice of Temporary Restraining Order" advising of proceedings that it had several of its affiliates had initiated in the Court of Queen's Bench of Alberta, Calgary Division, Canada, and in the United States Bankruptcy Court for the District of Colorado. Consequently, on April 17, 2013, the court issued an order staying the above-entitled action.

More than three and have years have since passed. The parties shall file a report by January 30, 2017, updating this court of the status of Canadian and Colorado proceedings and otherwise advising how they wish to proceed in the above-entitled action.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court